# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DANIEL RAYMOND MCBRIDE,**
      Plaintiff,

    v.                                        Case No. 05-C-1058

**MATTHEW FRANK, STEVEN SCHUELER,**
**MICHAEL THURMER, and DOES 1-100,**
      Defendants,

## ORDER

      Plaintiff, Daniel R. McBride, filed this pro se civil rights complaint under 42 U.S.C. § 1983. This matter comes before me on a request from Jason Jones to be added as a plaintiff in this lawsuit. I denied Jones's request in my order dated September 17, 2008. In that order, I explained that the request was both procedurally deficient and substantively would not be entertained at this stage in the litigation. Jones now has submitted the same pleading with the addition of the signature of current plaintiff Daniel McBride. The new pleading does not comply with Civil L.R. 15.1. Furthermore, as I explained in my September 17, 2008 order, it is too late to add parties to this case. I will direct the Clerk's Office to return without docketing any future pleadings attempting to amend the complaint or add parties to this litigation.

      Plaintiff has also filed two motions for an extension of time to file his motion for summary judgment. In an order dated September 17, 2008, I granted plaintiff's motion for an extension of time and changed the dispositive motion deadline from September 22, 2008, to October 24, 2008. Plaintiff now indicates that he is waiting to go to the hospital for treatment on his left eye, but he does not know exactly when he will be going due to security

reasons. Plaintiff asks me to extend the deadline for filing his motion for summary judgment until after he returns from the hospital. However, I do not see how a future doctor's appointment at an unknown date currently precludes plaintiff from working on his motion for summary judgment. Plaintiff already has had additional time to prepare his dispositive motion. Nonetheless, since the current deadline is tomorrow, I will grant plaintiff a brief extension of the dispositive motion deadline. Therefore, plaintiff's motion for summary judgment will be due November 7, 2008. If plaintiff goes to the hospital before then, he may write to me. Under those circumstances, I will consider an additional extension if it appears that plaintiff's hospital visit interfered with his ability to timely complete a dispositive motion.

**For the foregoing reasons,**

**IT IS THEREFORE ORDERED** that Jason Jones's request to be added to this lawsuit as a plaintiff (Docket #69) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall return without docketing any future pleadings attempting to amend the complaint or add parties to this litigation.

**IT IS ALSO ORDERED** that plaintiff's motions for extension of time to file summary judgment (Docket #70 and #71) are **GRANTED** only to the extent discussed above.

**FINALLY, IT IS ORDERED** that plaintiff's motion for summary judgment shall be due on **November 7, 2008.**

Dated at Milwaukee, Wisconsin, this 23 day of October, 2008.

/s_____
LYNN ADELMAN
District Judge